**Below is the Order of the Court.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 17-43443 BDL |
| Roberto Loera Huizar, | ORDER DISMISSING CHAPTER 13 CASE |
| Debtor. | |

**THIS MATTER** having come before the Court on the Trustee's Motion to Dismiss, due notice of hearing having been given to the Debtor and the attorney for the Debtor; the Debtor having not otherwise responded or appeared, the Court having reviewed the motion and being fully advised in the premises, IT IS HEREBY

**ORDERED** that any funds being held by the Trustee shall be applied to the filing fee, with any remaining balance returned to the Debtor; it is further

**ORDERED** that upon dismissal or conversion, any refund shall be payable to the Debtor and may be forwarded to the Debtor though the attorney's office per 11 U.S.C. 349(b)(3); it is further

//

Michael G. Malaier
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

ORDER DISMISSING CASE - 1

1  **ORDERED** that the above-captioned case be dismissed effective on the date of this

2  Order and the Trustee is directed to administratively close this case and issue Trustee's Final

3  Report to creditors.

///End of Order///

6  Presented by:

_____

Matthew J.P. Johnson, WSBA #40476 for
Michael G. Malaier, Chapter 13 Trustee

ORDER DISMISSING CASE         - 2

Michael G. Malaier
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600